IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLAKWESU Y. ELBEY a/k/a LARRY E. EALY, </br></br> Plaintiff, </br></br> vs. </br></br> KIM RHODES and </br> JAMES JACOBI, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No. 3:22-cv-24-DWD </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Plaintiff Olakwesu Y. Elbey filed this lawsuit on January 6, 2022. (Doc. 1). On the same day, Elbey filed a motion for leave to proceed *in forma pauperis*. (Doc. 2). Two matters must be resolved before *in forma pauperis* status can be granted: the plaintiff must show that he is indigent by submitting an affidavit "that includes a statement of all assets [he] possesses [showing] that [he] is unable to pay such fees or give security therefor," and the plaintiff's complaint must state a claim upon which relief may be granted. 28 U.S.C. § 1915(a)(1), (e)(2). The Court reviewed Elbey's complaint and found that he had failed to state a claim upon which relief may be granted and that this Court lacks jurisdiction over the case. (Doc. 6). The Court dismissed the complaint without prejudice and ordered Elbey to file an amended complaint by February 20, 2022. On January 27, 2022, Elbey filed a document that appears to be an exact copy of his original complaint. (Doc. 8). Because the deadline to file his amended complaint has now passed, the Court construes Document 8 as an amended complaint.

As discussed in the Court's January 20 Order, Elbey has failed to show that this Court has jurisdiction over the case. According to his complaint, both Elbey and Defendant James Jacobi are citizens of Indiana, which defeats diversity jurisdiction. Elbey has also failed to show any basis for federal question jurisdiction: he has not invoked any federal law as the basis for his claims or otherwise shown that his claims involve a substantial question of federal law. Therefore, he has not shown that this Court has jurisdiction over this case.

For these reasons, Elbey's amended complaint (Doc. 8) is **DISMISSED** for lack of jurisdiction. Elbey's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**. The Clerk of Court is **DIRECTED** to enter judgment accordingly and close the case.

**SO ORDERED.**

Dated: March 3, 2022

_____
DAVID W. DUGAN
United States District Judge