IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLAKWESU Y. ELBEY a/k/a LARRY E. EALY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 3:22-cv-24-DWD |
| vs. | ) ) |
| KIM RHODES and JAMES JACOBI, | ) ) ) ) |
| Defendants. | ) |

### MEMORANDUM & ORDER

**DUGAN, District Judge:**

Plaintiff Olakwesu Y. Elbey filed this lawsuit on January 6, 2022. (Doc. 1). The Court dismissed his complaint for lack of jurisdiction on March 3, 2022. (Doc. 9). He appealed to the Seventh Circuit Court of Appeals. (Doc. 14). Now before the Court is Elbey's motion for leave to appeal *in forma pauperis*. (Doc. 21).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24. An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). A motion for leave to appeal *in forma pauperis* must include an affidavit that (1) shows "the party's inability to pay . . . fees or costs," (2) "claims an entitlement to redress," and (3) "states the issues that the party intends to present on appeal." Fed. R. Civ. App. 24(a)(1).

Elbey's motion includes an affidavit stating that he is unable to pay the costs of his

appeal and claiming that he is entitled to relief. (Doc. 21 at 1). But nowhere in the motion does Elbey state the issues he intends to raise on appeal, which violates Federal Rule of Appellate Procedure 24(a)(1)(C). Without a statement of issues, the Court cannot determine if Elbey's appeal is in good faith.

Additionally, nearly all of the filings that the Clerk has mailed to Elbey have been returned as undeliverable, even after the Clerk corrected Elbey's address per his instructions over the phone and consistent with the return address on his mailings to the Court. Under this Court's Local Rules, all plaintiffs are under a continuing obligation to keep the Court apprised of their location. SDIL-LR 3.1(b).

Therefore, Elbey is **ORDERED** to file an affidavit stating the specific issues he intends to raise on appeal and stating a current, valid, and accurate mailing address. He must file this affidavit by **May 16, 2022**. The Court will rule on the motion for leave to appeal *in forma pauperis* after Elbey files the affidavit. If Elbey fails to file the affidavit by May 16, the Court may deny the motion.

**SO ORDERED.**

Dated: April 19, 2022

_____
DAVID W. DUGAN
United States District Judge